UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNDREA CARNELLE SCOTT | CIVIL ACTION NO. 05-1834 |
| VS. | SECTION P |
| DETENTION CENTER, UNION PARISH | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**IT IS FURTHER ORDERED** that, for the same reasons, plaintiff's motion for summary judgment and for injunctive and declaratory relief [Doc. No. 4] is **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 25th day of May, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE